UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERMAN ELY and ALMA ELY, a married couple,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION, a foreign corporation from Delaware; BANK OF AMERICA, N.A, a foreign corporation from Delaware; and FIA CARDS SERVICE, N.A., a foreign corporation from Delaware,<br><br>　　　　　　　Defendants. | NO:  2:14-CV-197-RMP<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiffs' Stipulation of Dismissal, ECF No. 16. Having reviewed the Stipulation and the file and pleadings therein, the Court finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Stipulation of Dismissal, **ECF No. 16**, is **GRANTED**.

    Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 12th day of June 2015.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE ~ 2